# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD JACKSON** *Plaintiff* | : : : | **CIVIL ACTION** **NO. 17-2459** |
| v. | : : | |
| **BURLINGTON COAT FACTORY**, *et al.* *Defendants* | : : | |

## O R D E R

**AND NOW**, this 17th day of August 2017, upon consideration of Plaintiff's *motion to remand*, [ECF 5], Defendants' opposition thereto, [ECF 11], and the allegations contained in Plaintiff's amended complaint, [ECF 1, Ex. A], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's motion to remand, [ECF 5], is **DENIED**.

It is further **ORDERED** that Defendant Ken Keen *only* is dismissed from this action.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*